UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KADLEC HEALTH SYSTEM dba REGIONAL MEDICAL CENTER, and ALLIANCE FOR CONSISTENT CARE PROGRAM,<br><br>　　　　　　Defendants. | NO:  4:14-CV-5118-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO DISMISS DEFENDANT KADLEC REGIONAL MEDICAL CENTER |

BEFORE THE COURT is the parties' Stipulated Motion for Leave to Dismiss Defendant Kadlec Regional Medical Center. (ECF No. 73). Pursuant to the parties' stipulation, all claims against Defendant Kadlec Regional Medical Center are **DISMISSED** with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

///

///

///

ORDER GRANTING STIPULATED MOTION TO DISMISS~ 1

**ACCORDINGLY, IT IS ORDERED:**

The parties' Stipulated Motion for Entry of Order of Dismissal as to Plaintiff and Defendant Kadlec Regional Medical Center Only is **GRANTED**. All claims against Defendant Kadlec Regional Medical Center are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **TERMINATE Defendant Kadlec Regional Medical Center from this case.**

**DATED** September 18, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS~ 2